No. 93–7154. AVILA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7156. OLMO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7163. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7164. HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7166. GALLARDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7168. MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7169. RODRIQUEZ-PEGUERO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7171. LOCKHART v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7189. MALDONADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7204. HERROLD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7268. JERREL v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 93–7284. BROWN v. PIERCE. C. A. 2d Cir. Certiorari denied.

No. 92–8861. PICKENS v. OKLAHOMA (two cases). Ct. Crim. App. Okla. Certiorari denied. JUSTICE BLACKMUN would grant certiorari limited to Question 1 presented by the petition.

No. 93–834. SHANDON INC. ET AL. v. MILES LABORATORIES, INC., ET AL. C. A. Fed. Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.